UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY CONNER, Individually and as the representative of a class of similarly situated persons,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>AMY SCHERBER, INC. d/b/a Amy's Bread,<br><br>　　Defendants. | ECF Case<br><br>1:18-cv-1250-PAE<br><br>STIPULATION OF DISMISSAL<br>__WITH PREJUDICE__ |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Mary Conner and defendant, Amy Scherber, Inc. d/b/a Amy's Bread (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       March 10, 2021

_____
Dan Shaked, Esq.
Shaked Law Group, P.C.
*Attorneys for Mary Conner*
14 Harwood Court, Suite 415
Scarsdale, New York 10583
(917) 373-9128

_____
Gary Ehrlich, Esq.
Boyd Richards Parker & Colonnelli, P.L.
*Attorneys for Amy Scherber, Inc. d/b/a Amy's Bread*
7 Times Square, 19th Floor
New York, New York 10036
(212) 400-0626

SO ORDERED: ___*Paul A. Engelmayer*___

March 10, 2021

ACTIVE\53784909.v1